Case No.# 07-13-00443-CV.
Treal Court Case No.# 101022-D

Richard James Johnson       § COURT OF APPEALS
Appellate.                  §
                            §
VS.                         §
                            § SEVENTH DISTRICT
                            §
Michael Venable, et al      § OF TEXAS
Appellees                   § POTTER COUNTY

FILED
DEC 30 2013
SEVENTH COURT OF APPEALS
PEGGY CULP, CLERK

# MOTION FOR EXTENTION OF TIME

TO THE HONORABLE JUDGE OF SAID COURT.

COMES NOW: APPELLATE Richard James Johnson Pro se.
And files this his Motion For Extention of Time.
And lis the following facts in Support there of.

1. The Court order requiring The docketing statement was recieved on 12-24-13.

2. The Appellate will not be able to finish the docketing State-b-ment. befor the deadline.

3. Appellate is requesting a 20 day extention of time to perfect the Docketing statement.

Submitted this date 12-26-13.

/S/ Richard James Johnson

10056639

Richard Johnson
w/P. Clements
9601 SPUR 591
Amarillo, TX 79107

AMARILLO TX 791

Court of Appeals
7th County Courts
501 S. Fillmore. Suite 2-A
Amarillo. TX 79101-2449

79101·2449